# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**STATE OF FLORIDA,**
Appellant,

v.

**ALISHA MAKELL NEIL,**
Appellee.

No. 4D19-1363

[February 13, 2020]

Appeal of a non-final order from the Circuit Court for the Nineteenth Judicial Circuit, Indian River County; Dan L. Vaughn, Judge; L.T. Case No. 312018CF000306A.

Ashley Moody, Attorney General, Tallahassee, Joseph D. Coronato, Jr., and Jeanine Germanowicz, Assistant Attorneys General, West Palm Beach, for appellant.

Carey Haughwout, Public Defender, and Nancy Jack, Assistant Public Defender, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, DAMOORGIAN and FORST, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***